AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

FILED
2023 JUL 26 PM 2: 47
CLERK-ALBUQUERQUE

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 1084 1:17CR02242- 001MV |
| Luciano Garcia | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Luciano Garcia

Also Known As: Garcia, Magoo Also Known As: Gargia, Luciano Rodnie
Also Known As: Garcia, Luciano Rodnie, Also Known As: Garcia, Luciano Rodney
Also Known As: Magoo, Also Known As: Dutchover, Johnny J

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: missed treatment sessions; failed to report to the probation office.

Date:   6/23/2022

*Issuing Officer's signature*

City and state:   Albuquerque, NM        Laura Fashing, US Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on ( date ) 6/24/2022, and the person was arrested on ( date ) 7/26/2023
at ( city and state ) Albuquerque, NM.

Date:   7/26/2023

*Arresting officer's signature*

DUSM K. Hinson
*Printed name and title*