AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 7 2023

MITCHELL R. ELFERS
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Luciano Garcia | ) Case No. 17-CR-02242-MV |
| _____ | ) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 08.07.2023

_____
Defendant's signature

_____
Signature of defendant's attorney

Emily Carey, AFPD
_____
Printed name and bar number of defendant's attorney

Federal Public Defender
111 Lomas Blvd. NW #501
Albuquerque, NM  87102
_____
Address of defendant's attorney

Mallory_Gagan@fd.org
_____
E-mail address of defendant's attorney

505-346-2489
_____
Telephone number of defendant's attorney

505-346-2494
_____
FAX number of defendant's attorney