(Rev. 10/2021) Waiver of Right to Contest Detention



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

LUCIANO GARCIA

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 17-CR-02242-MV

I, __LUCIANO GARCIA__, charged in: (an indictment, complaint, petition) with __petition for revocation of supervised release__, Title _____, U.S.C. _____, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

__08/07/2023__
Date

_____
Emily Carey, AFPD
Counsel for Defendant