UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 17-2242-MV | USA vs. | Garcia |
| Date: | October 4, 2023 | Name of Deft: | Luciano Garcia |
| Before the Honorable | | Martha Vázquez | |
| Time In/Out: | 11:10 a.m. / 11:56 a.m. | Total Time in Court (for JS10): | 46 minutes |
| Clerk: | Linda Romero | Court Reporter: | Irene Delgado (by Zoom) |
| AUSA: | Paul Mysliwiec | Defendant's Counsel: | Emily Carey |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Jacob Gomez | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):  Special - The defendant failed to participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program.  Standard - The defendant failed to report to his probation officer as instructed. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):  3 months or upon a bed becoming available at the Four Winds inpatient substance abuse treatment program in Rio Rancho, NM, whichever is earlier.  Defendant is to be released at the U.S. Courthouse in Albuquerque, NM, to US Probation. |
|---|---|

| Supervised Release: | 36 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Inpatient substance abuse treatment program (waive confidentiality) (Four Winds in Rio Rancho) | X | Outpatient substance abuse treatment program (waive confidentiality) |
| X | Cognitive behavioral treatment program | X | Substance abuse testing (up to 60 tests per year) |
| X | No alcohol (up to 4 tests per day) | X | No psychoactive substances |
| X | Community-based program in anger management | X | Mental health treatment program (waive confidentiality) |
| X | Residential reentry center for up to 4 months (on as backup in case defendant becomes homeless, defendant may reside with his mother) | X | Location monitoring, up to 6 months, active GPS, curfew component |
| | | | |
| | OTHER: | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**VIOLATION OF SUPERVISION PROCEEDINGS**
**MINUTE SHEET**

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | , IF ELIGIBLE. |
| OTHER COMMENTS | Court addresses defendant.  Defendant admits violations.  Court identifies documents she has reviewed in preparation for sentencing.  Defense counsel addresses Court.  Defendant addresses Court.  Government counsel addresses Court.  Probation Officer Jacob Gomez addresses Court.  Court addresses defendant and imposes sentence. | | |