FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AO 442 (Rev. 10/08) Warrant for Arrest

APR 29 2024

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Duplicate Original |
| Luciano Garcia | (Pursuant to Rule 41) |
| | Case: 1084 1:17CR02242-001MV |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Luciano Garcia and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release  ☐ Probation Violation  ☒ Supervision Release Violation

charging him or her with violating a supervised release condition by removing his GPS tracker without authorization on March 24, 2024.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable Martha Vazquez in violation of:

SC - You must participate in and successfully complete location monitoring for a period of up to 180 days in the location monitoring program with the Active Global Positioning Satellite (GPS) technology under the curfew component. You may be required to pay all, or a portion, of the costs of the program.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| Honorable Kirtan Khalsa, United States Magistrate Judge | March 24, 2024 at 10:22 P.M. |
|---|---|
| Name of Issuing Judge | Date and Time: |

CERTIFIED a True Copy of the original filed in the office of the Clerk
By: [signature] Deputy

| Albuquerque | [signature] |
|---|---|
| Location | Erick Newton, Sr. United States Probation Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/24/2024 | DUSM | DUSM |
| DATE OF ARREST | Tyler K Foster | [signature] |
| 4/29/2024 | | |