UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 17-2242-MV | USA vs. | Garcia |
| Date: | June 25, 2024 | Name of Deft: | Luciano Garcia |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:37 a.m. / 10:16 a.m. | Total Time in Court (for JS10): | 39 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister (by Zoom) |
| AUSA: | Niki Tapia-Brito | Defendant's Counsel: | Emily Carey |
| VSR in: | Albuquerque, NM | Interpreter: | |
| Probation Officer: | Erick Newton | Sworn? | Yes |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Special - The defendant failed to participate in and successfully complete location monitoring for a period of 180 days in the location monitoring program with the Active Global Positioning Satellite technology under the curfew component.   Standard - The defendant changed his residence without the permission of his probation officer. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):   6 months | | |
|---|---|---|---|
| Supervised Release:  51 months | | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Outpatient substance abuse treatment program (waive confidentiality) | X | Substance abuse testing (up to 60 tests per year) |
| X | No alcohol (up to 4 tests per day) | X | No psychoactive substances |
| X | No drug paraphernalia | X | Cognitive behavioral treatment program |
| X | Search of person, property | X | Mental health treatment program (waive confidentiality) |
| X | Location monitoring, 90 days, GPS, curfew | | |
| | OTHER: | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI Beaumont, IF ELIGIBLE. |
| OTHER COMMENTS | Court addresses defendant and reviews Petition.  Defendant admits violations.  Court identifies documents she has reviewed in preparation for the revocation hearing.  Defense counsel addresses | | |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**VIOLATION OF SUPERVISION PROCEEDINGS**<br>**MINUTE SHEET** |
|---|---|
| | Court.   Defendant addresses Court.   Government counsel addresses Court.   Probation Officer Erick Newton addresses Court.   Court addresses defendant and imposes sentence. |