AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
**for the**
**District of New Mexico**

2026 AUG -7 PM 12: 21

UNITED STATES OF AMERICA )
v. )
)
Luciano Garcia )
*Defendant* )

Case No. 1084 1:17CR02242- 001 MV

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 0 6 2026
ERIK PALTROW
CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Luciano Garcia

Also Known As: Garcia, "Magoo"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
MC – Committed a new local offense
SC – Failed to notify his probation officer within 10 days of a change of residence (absconded)

Date: 8/7/2026

*Issuing Officer's signature*

City and state: Albuquerque, New Mexico

ERIK PALTROW, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on ( date ) 8/7/2026, and the person was arrested on ( date ) 10/6/2026 at ( city and state ) Albuquerque, NM.

Date: 10/6/2026

*Arresting officer's signature*

Dustin K. Hinson
*Printed name and title*