AO 468 (Rev. 04 15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 7 2026
1245
ERIK PALTROW
CLERK

United States of America
v.
Luciano Garcia
*Defendant*

Case No. 17-CR-2242-MV

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10.07.2026

*Defendant's signature*

*Signature of defendant's attorney*

Emily Carey, AFPD
*Printed name and bar number of defendant's attorney*

Federal Public Defender
111 Lomas Blvd. NW #501
Albuquerque, NM 87102
*Address of defendant's attorney*

Emily_Carey@fd.org
*E-mail address of defendant's attorney*

505-346-2489
*Telephone number of defendant's attorney*

505-346-2494
*FAX number of defendant's attorney*