(Rev. 10/2021) Waiver of Right to Contest Detention

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 0 7 2026
KHS
ERIK PALTROW
CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

LUCIANO GARCIA

## WAIVER OF RIGHT TO CONTEST DETENTION

(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 17-CR-02242-MV

I, LUCIANO GARCIA, charged in: (an indictment, complaint, petition) with Revocation of Supervised Release, Title 18, U.S.C. 3583, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

[signature]
*Defendant*

10/7/26
*Date*

[signature]
Emily Carey, AFPD
*Counsel for Defendant*